COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendants eBay Inc.,
eBay Europe S.à r.l., and eBay International AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CUSTOM LED, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EBAY INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATION AG,<br><br>　　　　　Defendants. | Case No.  CV12-00350 SI<br><br>**STIPULATED REQUEST TO CHANGE DATE OF INITIAL CASE MANAGEMENT CONFERENCE (CIVIL L.R. 6-2)**<br><br>Judge:　　Hon. Susan Illston<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATED REQUEST TO CHANGE DATE OF
INITIAL CMC
CASE NO.  CV12-00350 SI

1  Pursuant to Civil Local Rule 6-2, plaintiff Custom LED, LLC ("Plaintiff") and defendants
2  eBay Inc., eBay Europe S.A.R.L., and eBay International AG (collectively, "eBay") (Plaintiff and
3  eBay collectively "the Parties"), by and through their respective counsel, stipulate to the
4  following request to change the date of the Initial Case Management Conference:

5  WHEREAS, the Initial Case Management Conference was set by the Court for April 20,
6  2012 (Dkt. No. 21);

7  WHEREAS, eBay's lead trial counsel is out of the country on April 20, and thus,
8  unavailable;

9  WHEREAS, under Civil Local Rule 6-2 and this Court's Case Management Conference
10 Order (Dkt. No. 21), the parties may file a stipulation requesting an order changing the date of the
11 Initial Case Management Conference;

12 WHEREAS, counsel for the Parties have conferred and agreed that May 25, 2012 is a
13 mutually convenient date for the Initial Case Management Conference;

14 WHEREAS, counsel for the Parties have conferred and agreed that eBay will set the
15 hearing date for its motion to dismiss (which is to be filed on April 2, 2012) on the same day,
16 May 25, 2012, for the convenience of counsel so that the Initial Case Management Conference
17 and the hearing for eBay's motion to dismiss will be the same date;

18 WHEREAS, counsel for the Parties have also conferred and agreed on a briefing schedule
19 for eBay's motion to dismiss whereby eBay will file the motion to dismiss on April 2, 2012,
20 Plaintiff will file its Opposition to eBay's motion to dismiss on April 25, 2012, and eBay will file
21 its Reply in support of its motion to dismiss on May 7, 2012;

22 WHEREAS, no prior time modifications affecting the Initial Case Management
23 Conference have occurred in this case; and

24 WHEREAS, the requested time modification should not have any affect on the schedule
25 for the case;

26 / / /
27 / / /
28 / / /

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

STIPULATED REQUEST TO CHANGE DATE OF
INITIAL CMC
CASE NO. CV12-00350 SI

NOW THEREFORE, the Parties hereby stipulate and request that the Initial Case Management Conference be rescheduled to May 25, 2012.

Moreover, the Parties also stipulate to the following briefing schedule for eBay's motion to dismiss:

1. eBay will file its motion to dismiss on April 2, 2012.
2. Plaintiff will file its Opposition to eBay's motion to dismiss on April 25.
3. eBay will file any Reply to Plaintiffs' Opposition on May 7.
4. eBay's motion to dismiss will be set for hearing on May 25 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: April 3, 2012                COOLEY LLP

/s/Whitty Somvichian
Whitty Somvichian (194463)
Attorneys for Defendants eBay Inc.,
eBay Europe S.à r.l., and eBay International AG

Dated: April 3, 2012                FIGARI & DAVENPORT, L.L.P.

/s/Keith R. Verges
Keith R. Verges (pro hac vice)
Attorneys for Plaintiff

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __4/4/12__

The Honorable Susan Illston
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

STIPULATED REQUEST TO CHANGE DATE OF
INITIAL CMC
CASE NO. CV12-00350 SI