KEITH R. VERGES (kverges@figdav.com)
PARKER D. YOUNG (parker.young@figdav.com)
RAYMOND E. WALKER (ray.walker@figdav.com)
FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas  75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Admitted Pro Hac Vice*)

SHAWN T. LEUTHOLD
(leuthold@aol.com)
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California  95126
Tel: (408) 924-0132
Fax: (408) 924-0134

ATTORNEYS FOR PLAINTIFF
CUSTOM LED LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CUSTOM LED, LLC, | ) | |
| | ) | CASE NO. 3:12-CV-00350 (SI) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT STIPULATION TO AMEND** |
| | ) | **SCHEDULING ORDER AND** |
| EBAY INC., EBAY EUROPE S.A.R.L., | ) | **[PROPOSED] ORDER** |
| and EBAY INTERNATIONAL AG, | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

      This Stipulation to Amend Scheduling Order is entered into pursuant to Local Rules 6-2 and 7-12, by and between Plaintiff Custom LED, LLC ("Plaintiff") and Defendant eBay Inc. ("eBay") (collectively, the "Parties"), by and through the respective undersigned counsel.

      WHEREAS, on May 30, 2012, the Court set a class certification briefing schedule providing for class certification briefing to be completed by February 22, 2013; setting

December 21, 2012 as the cut-off date for expert and fact discovery; and setting November 16, 2012 as the deadline for disclosing expert and fact witnesses for class certification;

WHEREAS, Plaintiff's mother recently passed away, making compliance with the previously set discovery and class certification deadlines difficult;

WHEREAS, the Parties written discovery and document productions have also proven more time-consuming than originally contemplated; for example, on November 2, 2012, eBay produced documents bearing bates labels EBAY_LED_002004-007471, more than doubling the prior production and additional document productions are in process; in addition, the Parties are continuing to confer on a further production of documents by Plaintiff;

WHEREAS, as a result of the timing of document productions, no depositions have yet been completed;

WHEREAS, the Parties have refrained from submitting discovery disputes to the Court for decision in an effort to mutually resolve discovery issues as much as possible via conference and supplementation;

WHEREAS, at the time the current class certification and discovery deadlines were set, the Parties anticipated submitting expert reports on class certification issues and conducting expert discovery along with each Party's class certification briefing;

WHEREAS, the Parties have since conferred further on the appropriate process for addressing expert issues and now wish to exchange expert reports and conduct expert discovery on class certification issues prior to class certification briefing process;

WHEREAS, counsel have met and conferred and agreed to jointly seek a revision of the existing deadlines as set forth below, to provide the additional time needed to complete written discovery, document productions, and depositions, and in order to accommodate the exchange of expert reports and complete expert discovery on class certification issues prior to class certification briefing;

WHEREAS, the deadlines the Parties seek to modify have not previously been modified.

NOW, THEREFORE, the parties agree to and request that the Court enter an order setting the following deadlines and briefing schedule in this matter:

| Event | Proposed Deadline |
|---|---|
| 1. **Identify expert and fact witnesses by name, address, telephone number and general subject matter of testimony and knowledge** | **February 15, 2013** |
| 2. **Plaintiff's expert reports under Rule 26(a)(2)** | **March 15, 2013** |
| 3. **Defendants' expert reports under Rule 26(a)(2).** <br> If eBay believes in good faith that the issues raised in Plaintiff's expert report(s) could not have been reasonably anticipated at the time of the disclosure contemplated in Clause 1 above and the issues cannot reasonably be addressed by its witnesses disclosed under Clause 1, eBay may present expert report(s) and support from expert witnesses that were not previously identified, but only in order to address such unanticipated issues. | **April 12, 2013** |
| 4. **Rebuttal expert reports under 26(a)(2)** <br> Plaintiff's rebuttal expert report(s) shall be limited to responding to the issues raised in eBay's expert report(s) and other support submitted therewith. If Plaintiff believes in good faith that the issues raised in eBay's expert report(s) and supporting materials could not have been reasonably anticipated at the time of the disclosure contemplated in Clause 1 above and the issues cannot reasonably be addressed by a witness previously disclosed under Clause 1, Plaintiff may present expert report(s) and support from expert witnesses that were not previously identified, but only in order to address such unanticipated issues. | **May 3, 2013** |
| 5. **Discovery cut-off for fact and expert discovery regarding class certification** | **May 17, 2013** |
| 6. **Motion for class certification** | **May 24, 2013** |
| 7. **Response to motion for class certification** | **June 24, 2013** |
| 8. **Reply in support of motion for class certification** | **July 19, 2013** |
| 9. **Hearing on motion for class certification** | **August 2, 2013** |

Any expert report or declaration from witnesses other than those identified pursuant to the process outlined above may not be used in connection with the class certification process unless the party obtains leave of the Court upon a showing of good cause.

IT IS SO STIPULATED.

Dated: November 20, 2012.                    FIGARI & DAVENPORT, LLP


                                             _____/s/_____
                                             KEITH R. VERGES
                                             *Attorneys for Plaintiff*


Dated: November 20, 2012.                    COOLEY LLP


                                             _____/s/_____
                                             WHITTY SOMVICHIAN (194463)
                                             *Attorneys for Defendants*


### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __11/21/12__                          _____
                                             UNITED STATES DISTRICT JUDGE