UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUSTOM LED, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>EBAY, INC, et al.,<br><br>    Defendants. | Case No.  12-cv-00350-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING MOTION HEARING**<br><br>Re: ECF No. 61 |

In light of the parties' joint case management statement, ECF No. 61, the case management conference scheduled for June 25, 2013, is CONTINUED to August 29, 2013, at 2:00 p.m.  The parties shall file their motion for preliminary approval of the settlement on or before July 22, 2013.  A hearing on the motion will be held on August 29, 2013, at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: June 18, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge