FIGARI & DAVENPORT, LLP
KEITH R. VERGES (kverges@figdav.com)*
PARKER D. YOUNG (parker.young@figdav.com)*
RAYMOND E. WALKER (ray.walker@figdav.com*
901 Main Street, Suite 3400
Dallas, TX 75202
Telephone:    (214) 939-2000
Facsimile:    (214) 939-2090
*Admitted Pro Hac Vice

Attorneys for Plaintiff Custom LED, LLC

COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendants eBay Inc.,
eBay Europe S.à r.l., and eBay International AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CUSTOM LED, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EBAY INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATIONAL AG,<br><br>　　　　Defendants. | Case No.  CV12-00350 JST<br><br>**STIPULATED REQUEST TO CHANGE FILING DATE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (CIVIL L.R. 6-2)**<br><br>Judge:　　Hon. Jon S. Tigar<br>Trial Date:　Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STIP. TO CHANGE FILING DATE OF MTN. FOR
PRELIM. APPROVAL OF SETTLEMENT
CASE NO.  CV12-00350 JST

1  Pursuant to Civil Local Rule 6-2, plaintiff Custom LED, LLC ("Plaintiff") and defendant eBay Inc. ("eBay") (Plaintiff and eBay collectively "the Parties"), by and through their respective counsel, stipulate to the following request to change the filing date of their Joint Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion"):

WHEREAS, on June 18, 2013, the Parties filed a joint case management statement advising the Court that the Parties had reached an agreement in principle to settle this matter, and that the Parties expected to file their Preliminary Approval Motion by July 22, 2013 (Dkt. No. 61);

WHEREAS, on June 18, 2013, the Court ordered the Parties to file their Preliminary Approval Motion on or before July 22, 2013, and set the Preliminary Approval Motion for hearing on August 29, 2013 (Dkt. No. 62);

WHEREAS, the Parties, despite previously scheduled travel commitments which have slowed the process, have worked diligently to finalize the settlement, and have exchanged drafts of the settlement agreement and the Preliminary Approval Motion and comments to the same;

WHEREAS, the Parties need additional time to fully address issues related to notice, disbursement of the settlement fund to the class, and retention of a claims administrator, as well as to finalize the various settlement-related documents;

WHEREAS, under Civil Local Rule 6-2, the parties request that the date for the filing of the Preliminary Approval Motion be extended by one week, to July 29, 2013;

WHEREAS, the Parties do not believe that it is necessary to move the hearing date for the Preliminary Approval Motion, but defer to the Court as to further scheduling;

NOW THEREFORE, the Parties hereby stipulate and request that the Preliminary Approval Motion be due on or before July 29, 2013.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: July 18, 2013 | COOLEY LLP |
| 2 | | /s/Whitty Somvichian |
| 3 | | Whitty Somvichian (194463)<br>Attorneys for Defendants eBay Inc.,<br>eBay Europe S.à r.l., and eBay International AG |
| 5 | Dated: July 18, 2013 | FIGARI & DAVENPORT, L.L.P. |
| 6 | | /s/Keith R. Verges |
| 7 | | Keith R. Verges (pro hac vice)<br>Attorneys for Plaintiff |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatory.

/s/ *Whitty Somvichian*

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 19, 2013

The Honorable Jon S. Tigar
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

STIP. TO CHANGE FILING DATE OF MTN. FOR
PRELIM. APPROVAL OF SETTLEMENT
CASE NO. CV12-00350 JST