KEITH R. VERGES (kverges@figdav.com)
PARKER D. YOUNG (parker.young@figdav.com)
RAYMOND E. WALKER (ray.walker@figdav.com
FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas  75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Admitted Pro Hac Vice*)

SHAWN T. LEUTHOLD
(leuthold@aol.com)
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California  95126
Tel: (408) 924-0132
Fax: (408) 924-0134

ATTORNEYS FOR PLAINTIFF
CUSTOM LED LLC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CUSTOM LED, LLC, | ) | CASE NO. 3:12-CV-00350 (JST) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT** |
| | ) | |
| v. | ) | |
| | ) | |
| EBAY INC., EBAY EUROPE S.A.R.L., and | ) | Date:   August 29, 2013 |
| EBAY INTERNATIONAL AG, | ) | Time:   2:00 p.m. |
| | ) | Judge:   Honorable Jon S. Tigar |
| Defendants. | ) | Courtroom: 9, 19th Floor |
| | ) | Trial Date: Not yet set |
| | | |
| | | JURY TRIAL DEMANDED |

Pursuant to Civil Local Rule 7-11, Plaintiffs filed an Administrative Motion seeking to extend the page limit for the Joint Notice of Motion and Motion for Order (1) Conditionally Certifying Settlement Class and Related Settlement; (2) Authorizing Distribution of Notice of

Settlement; and (3) Setting a Scheduling Order for the Final Approval Process and Memorandum of Points and Authorities ("Motion")  to no more than 30 pages.

    eBay stipulated to the request.

    Dated: July 29, 2013.

                                                Respectfully submitted,

                                                By: /s/ Keith R. Verges
                                                      Keith R. Verges

                                              Keith R. Verges
                                              Parker D. Young
                                              Raymond E. Walker
                                              FIGARI & DAVENPORT, L.L.P.
                                              3400 Bank of America Plaza
                                              901 Main Street
                                              Dallas, Texas 75202
                                              Telephone (214) 939-2017
                                              Facsimile (214) 939-2090
                                              *ADMITTED PRO HAC VICE*

                                              Shawn T. Leuthold
                                              Law Office of Shawn T. Leuthold
                                              1671 The Alameda #303
                                              San Jose, California  95126
                                              Telephone: (408) 924-0132
                                              Facsimile: (408) 924-0134

                                              ATTORNEYS FOR PLAINTIFFS

FILER'S ATTESTATION:

    Pursuant to General Order No. 45, § X(B) regarding signatures, Keith Verges hereby attests that concurrence in the filing of this document has been obtained.

                                              /s/ Keith R. Verges
                                              Keith R. Verges

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, on this 29th day of July, 2013.

/s/ Keith R. Verges<br>
Keith R. Verges

## **ORDER**

Having considered the papers submitted by Plaintiffs in support of the Administrative Motion, the Court hereby GRANTS Plaintiff's Administrative Motion to extend the page limit of Plaintiffs' Motion for Class Certification to no more than 30 pages.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 30, 2013.

_____
HON. JUDGE JON S. TIGAR
UNITED STATES DISTRICT JUDGE