KEITH R. VERGES (kverges@figdav.com)
PARKER D. YOUNG (parker.young@figdav.com)
RAYMOND E. WALKER (ray.walker@figdav.com
FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas  75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Admitted Pro Hac Vice*)

SHAWN T. LEUTHOLD
(leuthold@aol.com)
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California  95126
Tel: (408) 924-0132
Fax: (408) 924-0134

ATTORNEYS FOR PLAINTIFF
CUSTOM LED LLC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CUSTOM LED, LLC, | CASE NO. 3:12-CV-00350 (JST) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT** |
| EBAY INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATIONAL AG, | |
| Defendants. | JURY TRIAL DEMANDED |

Pursuant to Civil Local Rule 7-11, Plaintiff filed an Administrative Motion seeking to extend the page limit for the Joint Notice of Motion and Motion for Order (1) Conditionally Certifying a Settlement Class and Related Settlement; (2) Authorizing Distribution of Notice of Settlement; and (3) Setting a Scheduling Order for the Final Approval Process and Memorandum of Points and Authorities ("Motion") to 36 pages.

eBay stipulated to the request.

Dated: October 25, 2013

                Respectfully submitted,

By: /s/ Keith R. Verges
    Keith R. Verges

Keith R. Verges
Parker D. Young
Raymond E. Walker
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090
*ADMITTED PRO HAC VICE*

Shawn T. Leuthold
Law Office of Shawn T. Leuthold
1671 The Alameda #303
San Jose, California 95126
Telephone: (408) 924-0132
Facsimile: (408) 924-0134

ATTORNEYS FOR PLAINTIFFS

FILER'S ATTESTATION:

Pursuant to General Order No. 45, § X(B) regarding signatures, Keith Verges hereby attests that concurrence in the filing of this document has been obtained.

                /s/ Keith R. Verges
                Keith R. Verges

**STIPULATION AND ORDER GRANTING PLAINTIFFS'
ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT**     **PAGE 2**
**Case No. 3:12-CV-00350 (JST)**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, on this 25th day of October, 2013.

>   /s/ Keith R. Verges
>   Keith R. Verges

**ORDER**

Having considered the papers submitted by Plaintiff in support of the Administrative Motion, the Court hereby GRANTS Plaintiff's Administrative Motion to extend the page limit of the Joint Motion for Preliminary Approval of Settlement to 36 pages.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 25, 2013.

_____
HON. JUDGE JON S. TIGAR
UNITED STATES DISTRICT JUDGE