# EXHIBIT 1

# SETTLEMENT AGREEMENT AND RELEASE

**THIS SETTLEMENT AGREEMENT AND RELEASE** ("***Settlement Agreement***") is entered into between plaintiff Custom LED, LLC ("***Plaintiff***"), individually and in its representative capacity on behalf of the Class, and defendant eBay Inc. ("***eBay***") (Plaintiff and eBay collectively, "***Parties***," or singularly, "***Party***"), subject to approval of the Court pursuant to Rule 23 of the Federal Rules of Civil Procedure.

## RECITALS

**A.** On January 23, 2012, Plaintiff commenced a civil action in the United States District Court for the Northern District of California entitled *Custom LED, LLC v. eBay Inc.*, Case No. C 12-0350 JST (the "Action") related to the operation of a listing upgrade known as Featured Plus!.

**B.** On April 2, 2012, eBay filed its motion to dismiss. On May 24, 2012, the district court entered an order granting in part and denying in part the motion, dismissing Plaintiff's common law fraud, declaratory relief, and unjust enrichment claims with prejudice, and denying the motion as to Plaintiff's claims for breach of contract, violations of California's Unfair Competition Law (California Business & Professions Code § 17200), and violations of California's False Advertising Law (California Business & Professions Code § 17500). The district court also dismissed each claim asserted against eBay Europe S.a.r.l. and eBay International AG with prejudice.

**C.** eBay answered the Complaint on June 14, 2012.

**D.** The Parties have exchanged various materials, including internal eBay data, and have participated in numerous settlement discussions in an effort to resolve the Action, beginning in February 2013, and extending into June 2013. This includes an all-day mediation before Retired Contra Costa Superior Court Judge Ellen Sickles James on June 6, 2013.

**E.** The Parties have investigated the facts and have analyzed the relevant legal issues with regard to the claims and defenses asserted in the Action. Based on these investigations, Plaintiff believes the Action has merit, while eBay believes the Action has no merit.

**F.** The Parties have each considered the uncertainties of litigation; the benefits of the proposed settlement; the costs, risks, and delays associated with the continued prosecution of this complex litigation; and the likely appeals of any rulings in favor of either Plaintiff or eBay.

**G.** In light of these considerations, and without admitting fault or liability on the part of eBay, it is now the intention of the Parties and the objective of this Settlement Agreement to dispose of, fully and completely and forever, the claims and causes of action in the Action as specified below.

## AGREEMENT

**1. DEFINITIONS.** The following section defines terms that are not defined above. Some definitions use terms that are defined later in this section:

**1.1** The term ***"Active eBay Account"*** means an eBay account that is active, and is not on hold because of an outstanding negative balance. eBay accounts that are suspended, closed, or on hold because of a negative balance are not considered "Active eBay Accounts."

**1.2** The term ***"Claims Administrator"*** means the entity, and any successors to that entity, that Plaintiff's Counsel retains to administer the Settlement process provided for in the Settlement Agreement, which may include, but is not limited to: (i) providing notices as contemplated herein; (ii) receiving and tracking opt-out notices; (iii) receiving and tracking requests for Settlement Checks and sending of the same; and (iv) calculating, based on records provided by eBay, the amounts of any Credits or Settlement Checks due Class Members.

**1.3** The terms ***"Class Counsel"*** or ***"Plaintiff's Counsel"*** means the law firm of Figari & Davenport L.L.P.

**1.4** The terms ***"Class"*** and ***"Class Members"*** mean all natural persons and entities who are United States residents and who, from January 23, 2008 to the present listed items for sale on eBay's websites with the Featured Plus! upgrade, and incurred the Disputed Fees in connection with such listings. An entity is deemed a "United States resident" for purposes of the foregoing if the primary contact information for the entity in eBay's current records is an address within the United States. This class definition and the presumption of the existence of a class are for settlement purposes only.

**1.5** The term ***"Closed eBay Account"*** refers to an eBay account that is closed as of the date of this Settlement Agreement.

**1.6** The term ***"Court"*** means the United States District Court for the Northern District of California.

**1.7** The term ***"Credit"*** means a credit that will be applied to a Class Member's eBay account in an amount as set forth in Section 2.1 below.

**1.8** The term ***"Disputed Fees"*** means fees that Class Members incurred from January 23, 2008 to the present, for the Featured Plus! listing upgrade.

**1.9** The term ***"eBay's Counsel"*** means the law firm of Cooley LLP.

**1.10** The term ***"Fairness Hearing"*** means the hearing at which the Court decides whether to approve this Settlement Agreement as being fair, reasonable, and adequate.

**1.11** The term ***"Final Order and Judgment"*** means a proposed order and judgment approving the Settlement of this Action.

**1.12** The term ***"Final Settlement Date"*** means the date in which either of the following events has occurred: **(a)** if no appeal or request for review is filed or made, thirty-one (31) days after eBay receives ECF notice from Plaintiff or the Court that the Court entered the Final Approval Order and Judgment or **(b)** if any appeal or request for review is filed or made, fourteen (14) days after the date on which Plaintiff files and eBay receives ECF notice that a court entered an order affirming the Final Approval Order and Judgment or denied review and the time for seeking all appeals has expired.

**1.13** The term ***"Full Notice"*** means the legal notice of the proposed Settlement terms, as approved by Class Counsel, eBay's Counsel, and the Court, to be provided to Class Members under Section 3.3 of this Settlement Agreement. The Full Notice submitted to the Court for approval must be in the form attached as **Exhibit A.**

**1.14** The term ***"Gross Settlement Fund"*** means the $4,750,000 described in Section 2.1 of this Settlement Agreement.

**1.15** The term ***"Net Settlement Fund"*** means the remaining balance of the Gross Settlement Fund after payment of any and all fees and costs from the Gross Settlement Fund, including, but not limited to court-approved Class Counsel fees and costs award, court-approved Named Plaintiff enhancement awards, and any administrative costs related to or incurred by the Claims Administrator.

**1.16** The term ***"Internet Posting"*** means a website to be established by the Claims Administrator for the proposed Settlement for the purposes of providing the Class with the Full Notice of the Settlement, and making the Full Notice available for downloading.

**1.17** The term ***"Named Plaintiff"*** means Plaintiff Custom LED, LLC in its individual capacity.

**1.18** The term ***"Preliminary Approval and Provisional Class Certification Order"*** or ***"Preliminary Approval Order"*** means a proposed order preliminarily approving the Settlement of this Action and provisionally certifying the Class. This order must be submitted to the Court in the form attached as **Exhibit B**.

**1.19** The term ***"Settlement"*** means the settlement of this Action and related claims.

**1.20** The term "***Settlement Check***" means a check sent to a Class Member, at the Class Member's request, in lieu of a Credit.

**1.21** The term ***"Summary Notice"*** means the legal notice summarizing the proposed Settlement terms, as approved by Class Counsel, eBay's Counsel, and the Court, which is to be provided to Class Members under Section 3.3 of this Settlement Agreement by email. The Summary Notice submitted to the Court for approval must be in the form attached as **Exhibit C.**

**1.22** The plural of any term defined herein includes the singular and vice versa.

## 2. SETTLEMENT TERMS

**2.1 Gross Settlement Fund.** As consideration for the Settlement and subject to Court approval, eBay will make available a Gross Settlement Fund in the total value of $4,750,000. In no circumstance will eBay be obligated to pay any amount beyond the amount of the Gross Settlement Fund. Amounts will be distributed from the Gross Settlement Fund as set forth below.

**(a) Named Plaintiff Enhancement Award.** Plaintiff intends to seek and eBay does not object to an enhancement award of $7,500 to plaintiff Custom LED, LLC for its participation as the sole Named Plaintiff in this Action, subject to Court approval. Plaintiff agrees to not petition the Court for or otherwise seek more than this amount for an enhancement award. A reduction by the Court or by an appellate court of the enhancement award sought by Plaintiff shall not affect any of the Parties' rights and obligations under the Settlement Agreement, and shall only serve to increase the amount of the Net Settlement Fund to be distributed to Class Members. If the Court approves the Settlement of this Action and the enhancement award to the Named Plaintiff, eBay agrees to pay the enhancement award approved by the Court up to the amount specified above to Named Plaintiff within thirty (30) days after the Final Settlement Date and receipt by eBay from the Named Plaintiff of the appropriate tax forms.

**(b) Class Counsel's Attorneys' Fees and Costs Award.** Class Counsel's attorneys' fees and costs award will be determined by the Court, and will be paid from the Gross Settlement Fund. On or before the date specified in the Preliminary Approval Order, Class Counsel will submit their application requesting approval of an award of attorney's fees in an amount of up to 25% of the Gross Settlement Fund plus reasonable out-of-pocket costs and expenses. eBay agrees not to oppose Class Counsel's request up to that amount, and does not currently take and will not take a position on Class Counsel's motion or application for attorneys' fees and costs. Class Counsel in turn has agreed not to seek more than such amount from the Court. A reduction by the Court or by an appellate court of Class Counsel's attorneys' fees and costs award shall not affect any of the Parties' other rights and obligations under the Settlement Agreement, and shall only serve to increase the amount of the Net Settlement Fund to be distributed to Class Members. eBay agrees to pay Class Counsel's attorneys' fees and costs award approved by the Court within thirty days after the entry of the Final Order and Judgment and receipt by eBay from Class Counsel of the appropriate tax forms if: (1) an objection is made to the amount of attorneys' fees and costs awarded by the Court; (2) the objection is overruled by the Court; and (3) a notice of appeal is filed by an objector related solely to the amount of attorneys' fees and costs awarded by the Court. If any objection to the amount of fees should be sustained after all appeals, Class Counsel shall be responsible to refund

any fees that are the subject of the sustained objection, plus the interest accrued on those fees at the rate of interest that was accrued in Class Counsel's trust account. In all other circumstances, eBay agrees to pay Class Counsel's attorneys' fees and costs award approved by the Court within thirty (30) days after the Final Settlement Date and receipt by eBay from Class Counsel of the appropriate tax forms.

**(c)** **Administrative Costs.** Any costs incurred in connection with the administration of the settlement, including costs of notice, costs of the Internet Posting, amounts payable to the Claims Administrator (including all costs incurred by the Claims Administrator), and all other settlement administration costs will be paid from the Gross Settlement Fund. eBay agrees to pay the Claims Administrator in two installments. The first payment will occur after notice is substantially completed, and the payment will be due within thirty (30) days after receipt of an invoice from the Claims Administrator. The second payment will be due after settlement payments to the Class Members is substantially completed, and the payment to the Claims Administrator will be due within thirty (30) days after receipt of an invoice from the Claims Administrator.

**(d)** **Credits to Class Members.** After all payments are made out of the Gross Settlement Fund for the items listed in Sections 2.1(a)-(c) above, the amount of the Net Settlement Fund shall be distributed as Credits to Class Members with Active eBay Accounts as described below.

**(i)** As explained more fully in the Joint Motion for Preliminary Approval, the Net Settlement Fund will be allocated to address two separate time periods: (1) Disputed Fees paid prior to September 29, 2009 ("Time Period 1"); and (2) Disputed Fees paid on or after September 29, 2009 ("Time Period 2"). One Third (1/3) of the Net Settlement Fund will be allocated in connection with amounts paid for Featured Plus! in Time Period 1, and two thirds (2/3) of the Net Settlement Fund will be allocated in connection with amounts paid for Featured Plus! in Time Period 2.

**(ii)** Each Class Member with an Active eBay Account will receive a Credit in an amount based on the percentage of Disputed Fees that the Class Member paid as compared to the total Disputed Fees that all Class Members paid in Time Periods 1 and 2. Specifically, the amount of Credit due to each Class Member will be determined by: (1) calculating the amount of Disputed Fees that such Class Member incurred in Time Period 1, as a percentage of the total Disputed Fees incurred by all Class Members in Time Period 1, and applying that percentage to the portion of the Net Settlement Fund allocated to Time Period 1, (2) calculating the amount of Disputed Fees that such Class Member

        incurred in Time Period 2, as a percentage of the total Disputed Fees incurred by all Class Members in Time Period 2 and applying that percentage to the portion of the Net Settlement Fund allocated to Time Period 2, and (3) calculating the sum of the amounts as determined in the foregoing two steps.

**(iii)** To illustrate the calculation above, if the total Disputed Fees incurred by all Class Members was $10,000 in Time Period 1 and also $10,000 in Time Period 2 and a particular Class Member incurred $100 in Disputed Fees in Time Period 1 and $200 in Time Period 2, that Class Member would be entitled to receive 1% of the portion of the Net Settlement Fund allocated for Time Period 1 and 2% of the portion of the Net Settlement Fund allocated for Time Period 2. These amounts would then be added together to determine the total amount due to the Class Member.

**(iv)** The Claims Administrator will be responsible for making the calculations above, based on records to be provided by eBay.

**(v)** For Class Members who have an outstanding balance due to eBay at the time of the issuance of the Credit, the Credit will be reduced by or applied to that negative balance.

**(vi)** If a Class Member has a remaining Credit after Credits are applied to outstanding amounts due to eBay, that Class Member can apply those remaining Credits in any manner pursuant to the normal terms and conditions that govern the use of credits by eBay users.

**(vii)** Class Members with remaining Credit amounts who prefer not to use the Credit can apply for a refund of the Credit amount in accordance with eBay's existing "Requesting a refund of your eBay credit balance" policy, currently available at: http://pages.ebay.com/help/sell/refunds.html.

**(viii)** The calculation in 2.1(d)(ii) will not include Disputed Fees incurred by Class Members for which Class Members already received a refund, as determined by eBay's records. Such refunded Disputed Fees will be excluded from the calculation set forth above.

**(ix)** eBay agrees to complete the issuance of Credits within 60 days after (1) the Final Settlement Date or (2) the date eBay receives data from the Claims Administrator sufficient to issue the Credits, whichever is later. eBay's issuance of such Credits will be based on the calculations due to each Class Member by the Claims Administrator.

**(e) Settlement Checks to Class Members.**

**(i)** Any Class Member with an Active eBay Account who does not want to receive settlement consideration in the form of a Credit may receive a Settlement Check in lieu of a Credit, provided the payment due a Class Member is more than $1.00. To receive a Settlement Check instead of a Credit (a Class Member cannot receive both a Credit and a Settlement Check), a Class Member with an Active eBay Account must provide notice to the Claims Administrator using the process to be specified in the Summary Notice. This notice must be provided to the Claims Administrator no later than the date that a Class Member must either object or opt-out of the Settlement as set forth in Sections 3.6 and 3.7, below.

**(ii)** The amount of the Settlement Check will be determined based on the same formula applicable to Credits, as described above in Section 2.1(d)(ii).

**(iii)** The amount of a Settlement Check due to each Class Member will be determined by the Claims Administrator based on existing eBay records. The Claims Administrator shall not, however, be required to determine any balance due to eBay or offset against the check amount any amounts due to eBay.

**(iv)** As stated in Section 2.1(e)(i), due to the costs associated with preparing and distributing Settlement Checks, which are approximately $1.00 per check, a Class Member is only eligible to receive a Settlement Check if the amount owed is more than $1.00. For Class Members whose credit is $1.00 or less and who have requested a check, the Claims Administrator shall send an email message informing him/her that their credit will be applied to their eBay account.

**(v)** The amount of a Settlement Check will not be based on Disputed Fees incurred by Class Members for which Class Members already received a refund, as determined by eBay's records. Such refunded Disputed Fees will be excluded from the calculation set forth in Section 2.1(d)(ii) above.

**(vi)** If the Court grants final approval of the Settlement of this Action, eBay will provide to the Claims Administrator the appropriate amount necessary to fund Settlement Checks within thirty (30) days of the Final Settlement Date, and the Claims Administrator shall complete the issuance of the Settlement Checks within 60 days after the Final Settlement Date.

**(f) Class Members Who Do Not Have Active eBay Accounts**

    **(i)** Any Class Member who does not have an Active eBay account will receive a Settlement Check. For those Class Members who do not have Active eBay Accounts, the Claims Administrator will issue a Settlement Check to the name of the person associated with the account in eBay's records, and will send the check to the address associated with the account in eBay's records. To the extent the Class Member wants the check made out to a different person or sent to a different address, the Class Member must provide such information to the Claims Administrator. This notice must be provided to the Claims Administrator no later than the date that a Class Member must either object or opt-out of the Settlement as set forth in Sections 3.6 and 3.7, below.

    **(ii)** Any Class Member with a Closed eBay Account who does not receive Mail Notice must follow the same procedure as any other Class Member who requests a Settlement Check in order to receive a Settlement Check. This procedure is outlined in Section 2.1(e)(1), above.

    **(iii)** The amount of the Settlement Check due to Class Members who do not have an Active eBay Account will be determined based on the same formula applicable to Credits, as described above in Section 2.1(d)(ii). A Settlement Check due to Class Members who do not have an Active eBay Account is not required to be more than $1.00.

    **(iv)** The amount of a Settlement Check due to each Class Member who does not have an Active eBay Account or who has a Closed eBay Account will be determined by the Claims Administrator based on existing eBay records.

    **(v)** The amount of a Settlement Check will not be based on Disputed Fees incurred by Class Members for which Class Members already received a refund, as determined by eBay's records. Such refunded Disputed Fees will be excluded from the calculation set forth above.

    **(vi)** If the Court grants final approval of the Settlement of this Action, eBay will provide to the Claims Administrator the appropriate amount necessary to fund Settlement Checks within thirty (30) days of the Final Settlement Date, and the Claims Administrator shall complete the issuance of the Settlement Checks within 60 days after the Final Settlement Date.

**(g)** The amount due to each Class Member as determined by the Claims

                Administrator pursuant to subsections (d), (e) and (f) above will be deemed final as to Class Members, and Class Members will not be entitled to contest the accuracy of these calculations. eBay may, but is not obligated to, verify the Claims Administrator's calculations, and the Claims Administrator agrees to cooperate with reasonable requests for information in connection with such verification. In issuing Credits, eBay will rely on information from the Claims Administrator to determine the Class Members entitled to Credits and the individual amounts of such Credits. In no circumstance will eBay be obligated to pay an amount in Credits and Settlement Checks that exceeds the amount of the Net Settlement Fund, regardless of the number of check requests from Class Members pursuant to subsections (e) and (f) above and regardless of any potential errors in calculations by the Claims Administrator.

**(h) Distribution Of Remaining Balance Of Net Settlement Fund**

**(i)** Any balance remaining in the Net Settlement Fund (whether by reason of uncashed checks, Class Members with Closed eBay Accounts who do not request a Settlement Check, or otherwise) will be distributed to (1) the National Cyber-Forensics & Training Alliance ("NCFTA"), a non-profit corporation, established in 1997, dedicated to protecting consumers from cyber crime and fraud and (2) the National Consumer Law Center ("NCLC"), a nonprofit organization focusing on low income consumer law issues.

**3. CLASS SETTLEMENT PROCEDURES**

**3.1 Cooperation to Obtain Court Approval.** The Parties will take all reasonable steps necessary to secure the Court's approval of this Settlement Agreement and the Settlement.

**3.2 Preliminary Approval and Provisional Class Certification.** Plaintiffs must move or apply for preliminary approval of the Settlement and provisional class certification by July 29, 2013, or as close to that date as practicable. The motion or application must request the Court to:

**(a)** preliminarily approve this Settlement Agreement as being the product of serious, informed, non-collusive negotiations, having no obvious deficiencies, not improperly granting preferential treatment to the proposed class representatives or segments of the class, and falling within the range of possible approval;

**(b)** preliminarily approve the form, manner, and content of the Full Notice, and Summary Notice described in Section 3.3, and attached as **Exhibits A and C**;

    **(c)** set deadlines for objections, opting out, and the date and time of the Fairness Hearing;

**(d)** provisionally certify the Class under Rule 23(b)(3) of the Federal Rules of Civil Procedure for settlement purposes only;

**(e)** stay all proceedings in the Action until the Court renders a final decision on approval of the Settlement;

**(f)** appoint the Named Plaintiff as Class Representative for settlement purposes only; and

**(g)** appoint the law firm of Figari and Davenport, L.L.P. as Class Counsel for settlement purposes only.

The proposed Preliminary Approval and Provisional Class Certification Order must be submitted to the Court in the form attached as **Exhibit B.**

**3.3 Notice.** Subject to the Court granting Preliminary Approval of the Class Settlement and Provisional Class Certification, the Parties agree that eBay, through the Claims Administrator, will provide the Class with notice of the proposed Settlement by the following methods.

**(a)** **Internet Posting.** Starting no later than 30 calendar days after entry of the Preliminary Approval Order, the Claims Administrator will set up an Internet website and post the Full Notice, which shall be downloadable. The website will be active until the Final Settlement Date. The website domain name shall be subject to the approval of each of the Parties, which approval shall not be unreasonably withheld.

**(b)** **Summary Notice By Direct Email.** Within three (3) business days after entry of the Preliminary Approval Order, eBay shall provide data to the Claims Administrator necessary to send email and Mail Notice (as defined below), along with data necessary to calculate Credit and Settlement Check amounts, where that information is in the possession of eBay and can be obtained through reasonable efforts. Starting no later than 30 calendar days after entry of the Preliminary Approval Order, the Claims Administrator will send Summary Notice by email to each Class Member at the current email address that eBay maintains for each Class Member, provided eBay has an email address for the Class Member that can be identified through reasonable efforts. The Summary Notice sent by email must be in the form attached as **Exhibit C**, and will provide the URL of the Internet website containing the Full Notice and a U.S. postal mailing address for the Claims Administrator so that Class Members may request a paper copy of the Full Notice by U.S. mail.

**(c)** **Summary Notice By Direct Mail.** For any Summary Notices sent to Class Members by email that are returned as undeliverable, Summary

        Notice will then be sent via first class mail (the "Mail Notice") to the mailing address associated with such Class Members that are currently in eBay's business records and can be obtained through reasonable efforts, if any.

    **(d)**    **Press release**. Class Counsel will direct the issuance of a one-time press release regarding the Settlement Agreement. The contents of the press release will be as mutually agreed between eBay and Class Counsel, and shall generally be limited to a general notification of the Settlement Agreement, a statement that eBay disputes the allegations in the litigation, and a link to the website referenced above.

    **(e)**    **Costs**. Any costs associated with the Summary Notice (either by email or direct mail) and the Internet Posting shall constitute an administrative cost and be paid from the Gross Settlement Fund. To the extent that additional notices are ordered by the Court or become necessary for the Court's approval of the Settlement Agreement, the costs, if any, of any additional notices will also constitute administrative costs to be paid from the Gross Settlement Fund.

    **3.4**    **CAFA Notice.** Not later than ten (10) calendar days after the Settlement Agreement is filed with the Court, the Claims Administrator shall serve upon the relevant government officials notice of the proposed Settlement in accordance with 28 U.S.C. § 1715.

    **3.5**    **Proof of Notice.** No later than seven (7) calendar days before the filing of Plaintiff's motion in support of the Final Order and Judgment, Class Counsel will obtain a declaration from the Claims Administrator confirming that it has provided the Class with notice of the proposed Settlement in accordance with Section 3.3 above.

    **3.6**    **Objections.** Any Class Member who has not submitted a timely written exclusion request pursuant to Section 3.7 of this Settlement Agreement and who wishes to object to the fairness, reasonableness or adequacy of the Settlement Agreement or the proposed Settlement or to the attorneys' fees and costs award requested by Class Counsel, must do so by filing a written objection with the Court and delivering a copy of the objection to Class Counsel and eBay's Counsel no later than the date approved by the Court and specified in the Summary Notice. The delivery date is deemed to be the date the objection is deposited in the U.S. Mail as evidenced by the postmark. It shall be the objector's responsibility to ensure receipt of any objection by the Court, Class Counsel, and eBay's Counsel. To be considered by the Court, the objection must include: (1) a heading containing the name and case number of the Action: *Custom LED LLC v. eBay Inc.*, Case No. C 12-00350 JST; (2) the Class Member's name, email address, postal address, and telephone number; (3) a detailed statement of each objection and the factual and legal basis for each objection, and the relief that the Class Member is requesting; (4) a list of and copies of all documents or other exhibits which the Class Member may seek to use at the Fairness Hearing; and (5) a statement of whether the Class Member intends to appear, either in person or through counsel, at the Fairness Hearing, and if through counsel, a statement identifying the counsel's name, postal address, phone number, email address, and the state bar(s) to which the counsel is admitted. Any Class Member who files and serves a written objection, as

described in this section, has the option to appear at the Fairness Hearing, either in person or through personal counsel hired at the Class Member's expense, to object to the fairness, reasonableness, or adequacy of the Settlement Agreement or the proposed Settlement, or to the award of attorneys' fees and costs. However, Class Members or their attorneys intending to make an appearance at the Fairness Hearing must include a statement of intention to appear in the written objection filed with the Court and delivered to Class Counsel, and eBay's Counsel, and only those Class Members who include such a statement may speak at the Fairness Hearing. If a Class Member makes an objection or appears at the Fairness Hearing through an attorney, the Class Member will be responsible for his or her personal attorney's fees and costs.

**3.7   Opt-Out/Exclusion Requests.** Class Members may elect not to be bound by this Settlement Agreement and not to receive the compensation contemplated by this Agreement.

**(a)   Manner of Making Exclusion Request.** To make an Opt-Out/Exclusion Request, Settlement Class Members must send by email or mail a letter or postcard to the Claims Administrator stating: (a) the title of the Action: "*Custom LED LLC v. eBay Inc.*, Case No. C 12-00350 JST"; (b) the full name, address, telephone number (optional) and email address associated with the eBay account of the person requesting exclusion; (c) a statement that he/she does not wish to participate in the Settlement; and (d) a signature of the Class Member requesting exclusion. No Opt-Out/Exclusion Request will be valid unless all of the information above is included. So-called "mass" or "class" opt-outs purporting to be made on behalf of multiple persons or classes of persons shall not be allowed and shall be deemed invalid. If submitted by mail, the letter, postcard or form on which the request for exclusion is made must be postmarked on or before the date approved by the Court and specified in the Summary Notice with postage paid by the person requesting exclusion. If submitted electronically or by email, the Opt-Out/Exclusion Request must be submitted by 11:59 p.m. Eastern Standard Time on or before the date approved by the Court and specified in the Summary Notice. Any Class Member who does not serve a valid and timely written Opt-Out/Exclusion Request shall be bound by all subsequent proceedings, orders and judgments. Only Class Members who serve valid and timely Opt-Out/Exclusion Requests will be deemed to have opted out of the Class, unless the Court orders otherwise.

**(b)   Exclusion List.** On or before ten (10) calendar days after the Objection and Opt-Out Deadline, the Claims Administrator shall provide eBay's Counsel and Class Counsel with a list of Settlement Class Members who have timely and validly excluded themselves from the Class. The Parties must file with the Court a complete list of all Class Members who have validly and timely excluded themselves from the Class.

**(c)   Termination Clause.** If more than 100 Class Members request exclusion, then eBay may, in its sole discretion, notify Class Counsel in writing that it has elected to terminate this Settlement Agreement. Such notification of intent to terminate the Settlement Agreement must be provided a minimum of seven (7) calendar days before the filing deadline for the motion seeking approval of the Fairness Hearing Order and Judgment. If this Settlement Agreement is terminated, it will be deemed null and void *ab initio*. In that event: (i) the Preliminary Approval Order and all of its provisions will be vacated by its own terms; (ii) the Action will revert to the status that existed before the Settlement Agreement's execution date;

and (iii) no term or draft of this Settlement Agreement, or any part or aspect of the Parties' settlement discussions, negotiations, or documentation (including any declarations and briefs filed in support of the motion for preliminary or final approval) will have any effect or be admissible into evidence, for any purpose, in this Action or any other proceeding. However, eBay shall be responsible for paying out-of-pocket amounts that Class Counsel have incurred for payment of the Claims Administrator's reasonable fees incurred from the date of the Court's Preliminary Approval of the Settlement up to the date eBay notifies Class Counsel of termination, in an amount not to exceed $50,000.

**3.8 Fairness Hearing and Final Order and Judgment.** Before the Fairness Hearing, Plaintiff must move or apply for Court approval of a proposed Final Order and Judgment, the form of which shall be provided to eBay in advance of the Final Approval Hearing for review and approval. The Final Order and Judgment must be consistent with the material terms of this Settlement Agreement, including, but not limited to, the definition of the Class and the scope of the release to be provided by Class Members. Class Counsel must file with the Court a complete list of all Class Members who have validly and timely excluded themselves from the Class. Class Counsel must also draft the application papers and give eBay's Counsel drafts of the motion or application and proposed order to review at least seven (7) calendar days before the application's filing deadline. eBay shall be permitted, but not required, to file its own joint or individual brief or statement of non-opposition in support of the motion or application for Final Order and Judgment.

**3.9 Action Status If Settlement Not Approved, Final Settlement Date Does Not Occur, or Gross Settlement Fund Not Fully Funded.** This Settlement Agreement is being entered into for settlement purposes only. If the Court orders or proposes modifications of, or additions to, either the Preliminary Approval Order or the Final Order and Judgment or any modifications of this Settlement Agreement or Exhibits thereto (including the Summary Notice, or Full Notice) that are not acceptable to all Parties, if the Court does not preliminarily approve the Settlement or enter the Final Order and Judgment, or if the Final Settlement Date does not occur for any reason other than an objection to the amount of attorneys' fees to be awarded to Class Counsel, then this Settlement Agreement will be deemed null and void *ab initio*. In that event (a) the Preliminary Approval Order and all of its provisions or the Final Order and Judgment and all of its provisions, as applicable, will be vacated by its own terms, including, but not limited to, vacating conditional certification of the Class, conditional appointment of Plaintiff as class representative and conditional appointment of Plaintiff's Counsel as Class Counsel, (b) the Action will revert to the status that existed before the Settlement Agreement's execution date, (c) no term or draft of this Settlement Agreement, or any part of the Parties' settlement discussions, negotiations or documentation will have any effect or be admissible into evidence for any purpose in the Action or any other proceeding, and (d) eBay shall retain all its rights to object to the maintenance of the Action as a class action, and nothing in this Settlement Agreement or other papers or proceedings related to the Settlement shall be used as evidence or argument by any Party concerning whether the Action may properly be maintained as a class action. In determining whether any additions or modifications of the Settlement Agreement (including the Preliminary Approval Order, the Final Order and Judgment, and other Exhibits thereto) proposed or ordered by the Court are acceptable to the Parties as set forth above, the Parties each agree to exercise their judgment in good faith and will not reject proposed modifications that are merely technical or otherwise immaterial to the substance of the

Settlement Agreement. If the Court orders or proposes additions or modifications to the Settlement Agreement (including the Preliminary Approval Order, the Final Order and Judgment, and other Exhibits thereto), the Parties will each have seven (7) calendar days from the date of the Court's order to determine whether or not they will accept the Court's order or proposal. However, should either Party provide notice under this section that they will not accept the Court's order or proposal, then the noticing Party shall be responsible for paying the reasonable out-of-pocket expenses incurred by the other party and paid to third parties for tasks necessary to the implementation of the Settlement from the date of the Court's Preliminary Approval of the Settlement to the date of such notice, in an amount not to exceed $50,000.

**4. DISMISSAL OF ACTION AND RELEASES**

**4.1 Judgment and Enforcement.** The Parties agree that should the Court grant final approval of the proposed Settlement and enter judgment, the Final Order and Judgment must include a provision for the retention of the Court's jurisdiction over the Parties to enforce the terms of this Settlement Agreement.

**4.2 Class Members' Release.** Upon entry of the Final Order and Judgment, Named Plaintiff and all Class Members who do not validly and timely request to be excluded from the proposed Settlement, and each of their respective successors, assigns, legatees, heirs, and personal representatives release and forever discharge eBay Inc., and each of its respective direct or indirect parents, wholly or majority owned subsidiaries, affiliated and related entities, predecessors, successors and assigns, partners, privities, and any of their present and former directors, officers, employees, shareholders, agents, representatives, attorneys, accountants, insurers, and all persons acting by, through, under or in concert with them, or any of them, from all manner of action, causes of action, claims, demands, rights, suits, obligations, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs, expenses, and attorneys' fees, of any nature whatsoever, known or unknown, in law or equity, fixed or contingent, which they have or may have arising out of or relating in any way to any of the legal, factual, or other allegations made in the Action, or any legal theories that could have been raised based on the allegations of the Action (the ***"Released Claims"***).

Notwithstanding the foregoing, the Released Claims do not include claims related solely to the recurring nature of Featured Plus! fees that are incurred with "Good 'Til Cancelled" listings, as alleged in the complaint in *Noll v. eBay Inc.*, No. 5:11-CV-04585-EJD (N.D. Cal.). For purposes of clarification, the definition of Released Claims specifically includes the initial charge for Featured Plus! in the initial month of a "Good 'Til Cancelled" listings, as well as any claim related in any way to the manner in which Featured Plus! operated or how Featured Plus! was described to sellers.

Any Credit or Settlement Check received by a Class Member in this Action will be applied to offset any potential recovery that a Class Member may obtain with respect to a claim related to Good 'Til Cancelled Listings in *Noll v. eBay* or any similar or related litigation. For example, if a Class Member paid $60 for a Good 'Til Cancelled listing with Featured Plus! ($30 in the first month and $30 in the second month), and they obtain a Credit or Settlement Check of $10 in this Action ($5 for the first month and $5 for the second month), the Class Member can pursue a claim that he/she/it should not have been charged the Featured Plus! fee in the second month of

that listing (but not the first month), but any recovery on that claim will be offset by the $5 obtained in this Action.

With respect to the Released Claims, the Named Plaintiff and all Class Members who do not validly and timely request to be excluded from the Settlement, and each of their respective successors, assigns, legatees, heirs, and personal representatives, expressly waive and relinquish, to the fullest extent permitted by law, the provisions, rights and benefits of Section 1542 of the California Civil Code, or any other similar provision under federal or state law, which provides:

> **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."**

Named Plaintiff and all Class Members fully understand that the facts in existence at the time this Settlement Agreement is executed and entry of the Preliminary Approval Order may be different from the facts now believed by Named Plaintiff and Class Members and Class Counsel to be true and expressly accept and assume the risk of this possible difference in facts and agree that this Settlement Agreement remains effective despite any difference in facts. Further, Named Plaintiff and the Class Members agree that this waiver is an essential and material term of this release and the Settlement Agreement that underlies it and that without such waiver the Settlement Agreement would not have been accepted or agreed to.

**4.3     Named Plaintiff's Release.**  Upon entry of the Final Order and Judgment, Named Plaintiff, and each of its owners, partners, successors, assigns, legatees, heirs, and personal representatives release and forever discharge defendant eBay Inc., and each of its respective direct or indirect parents, wholly or majority owned subsidiaries, affiliated and related entities, predecessors, successors and assigns, partners, privities, and any of their present and former directors, officers, employees, shareholders, agents, representatives, attorneys, accountants, insurers, and all persons acting by, through, under or in concert with them, or any of them, from all manner of action, causes of action, claims, demands, rights, suits, obligations, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs, expenses, and attorneys' fees, of any nature whatsoever, known or unknown, in law or equity, fixed or contingent as of the date the Parties execute this Settlement Agreement.

In addition, Named Plaintiff, and each of its owners, partners, successors, assigns, legatees, heirs, and personal representatives, expressly waive and relinquish, to the fullest extent permitted by law, the provisions, rights and benefits of Section 1542 of the California Civil Code, or any other similar provision under federal or state law, which provides:

> **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."**

Named Plaintiff fully understands that the facts in existence at the time this Settlement Agreement is executed may be different from the facts now believed by Named Plaintiff and its

Counsel to be true and expressly accepts and assumes the risk of this possible difference in facts and agrees that this Settlement Agreement remains effective despite any difference in fact. Further, Named Plaintiff agrees that this waiver is an essential and material term of this release and the Settlement Agreement that underlies it and that without such waiver the Settlement Agreement would not have been accepted or agreed to.

## 5. ADDITIONAL PROVISIONS

**5.1 eBay's Denial of Wrongdoing.** This Settlement Agreement reflects the Parties' compromise and Settlement of the disputed claims. Its provisions, and all related drafts, communications and discussions, cannot be construed as or deemed to be evidence of an admission or concession of any point of fact or law by any person or entity and cannot be offered or received into evidence or requested in discovery in this Action or any other action or proceeding as evidence of an admission or concession.

**5.2 Information Provided by eBay.** eBay represents that it undertook a reasonable investigation and provided truthful, accurate and complete information based on that investigation regarding (1) the amounts of Featured Plus! fees paid by Class Members from January 23, 2008 to present in email communications to Class Counsel of March 29 and April 22, 2013; (2) affirmations that Featured Plus! functioned as it was described for searches organized by time, price, location and Best Match from January 23, 2008, through September 29, 2009; and (3) statistics regarding the percentage of search results organized by Best Match, as opposed to time, location and price. eBay acknowledges that this information was material to Class Counsel's evaluation of the case and that in order to minimize the expense of more formal and further discovery Class Counsel has reasonably relied on the information provided by eBay.

**5.3 Change of Time Periods.** All time periods and dates described in this Settlement Agreement are subject to the Court's approval. These time periods and dates may be changed by the Court or by the Parties' written agreement without notice to the Class.

**5.4 Real Parties in Interest.** In executing this Settlement Agreement, the Parties warrant and represent that they, including Plaintiff in its individual capacity and representative capacity on behalf of the Class, are the only persons or entities having any interest in the claims asserted in this Action. Neither these claims, nor any part of these claims, have been assigned, granted, or transferred in any way to any other person, firm, or entity.

**5.5 Voluntary Agreement.** The Parties executed this Settlement Agreement voluntarily and without duress or undue influence.

**5.6 Binding on Successors.** This Settlement Agreement binds and benefits the Parties' respective successors, assigns, legatees, heirs, and personal representatives.

**5.7 Parties Represented by Counsel.** The Parties acknowledge that: (a) they have been represented by independent counsel of their own choosing during the negotiation of this Settlement and the preparation of this Settlement Agreement; (b) they have read this Settlement Agreement and are fully aware of its contents; and (c) their respective counsel fully explained to them the Settlement Agreement and its legal effect.

**5.8 Authorization.** Each Party warrants and represents that there are no liens or claims of lien or assignments, in law or equity, against any of the claims or causes of action released by this Settlement Agreement and, further, that each Party is fully entitled and duly authorized to give this complete and final release and discharge.

**5.9 Entire Agreement.** This Settlement Agreement and attached exhibits contain the entire agreement between the Parties and constitute the complete, final, and exclusive embodiment of their agreement with respect to the Action. This Settlement Agreement is executed without reliance on any promise, representation, or warranty by any Party or any Party's representative other than those expressly set forth in this Settlement Agreement.

**5.10 Construction and Interpretation.** Neither the Parties nor any of the Parties' respective attorneys will be deemed the drafter of this Settlement Agreement for purposes of interpreting any provision in this Settlement Agreement in any judicial or other proceeding that may arise between them. This Settlement Agreement has been, and must be construed to have been, drafted by all the Parties to it, so that any rule that construes ambiguities against the drafter will have no force or effect.

**5.11 Headings and Formatting of Definitions.** The various headings used in this Settlement Agreement are solely for the Parties' convenience and may not be used to interpret this Settlement Agreement. Similarly, bolding and italicizing of definitional words and phrases is solely for the Parties' convenience and may not be used to interpret this Settlement Agreement. The headings and the formatting of the text in the definitions do not define, limit, extend, or describe the Parties' intent or the scope of this Settlement Agreement.

**5.12 Exhibits.** The exhibits to this Settlement Agreement are integral parts of the Settlement Agreement and are incorporated into this Settlement Agreement as though fully set forth in the Settlement Agreement.

**5.13 Modifications and Amendments.** No amendment, change, or modification to this Settlement Agreement will be valid unless in writing signed by the Parties or their counsel.

**5.14 Governing Law.** This Settlement Agreement is governed by California law and must be interpreted under California law and without regard to conflict of laws principles.

**5.15 Further Assurances.** The Parties must execute and deliver any additional papers, documents and other assurances, and must do any other acts reasonably necessary to perform their obligations under this Settlement Agreement and to carry out this Settlement Agreement's expressed intent.

**5.16 Agreement Constitutes a Complete Defense.** To the extent permitted by law, this Settlement Agreement may be pled as a full and complete defense to, and may be used as the basis for an injunction against, any action, suit, or other proceedings that may be instituted, prosecuted or attempted in breach of or contrary to this Settlement Agreement.

**5.17    Execution Date.**  This Settlement Agreement is deemed executed on the date the Settlement Agreement is signed by all of the undersigned.

**5.18    Counterparts.**  This Settlement Agreement may be executed in counterparts, each of which constitutes an original, but all of which together constitutes one and the same instrument.  Several signature pages may be collected and annexed to one or more documents to form a complete counterpart.  Photocopies or PDF copies of executed copies of this Settlement Agreement may be treated as originals.

**5.19    Recitals.**  The Recitals are incorporated by this reference and are part of the Settlement Agreement.

**5.20    Severability.**  If any provision of this Settlement is declared by the Court to be invalid, void, or unenforceable, the remaining provisions of this Settlement will continue in full force and effect, unless the provision declared to be invalid, void, or unenforceable is material, at which point the Parties shall attempt to renegotiate the Settlement or, if that proves unavailing, Named Plaintiff, or eBay can terminate the Settlement Agreement without prejudice to any Party.

**5.21    Inadmissibility.**  This Settlement Agreement (whether approved or not approved, revoked, or made ineffective for any reason) and any proceedings or discussions related to this Settlement Agreement are inadmissible as evidence of any liability or wrongdoing whatsoever (other than for breach of this Agreement) in any Court or tribunal in any state, territory, or jurisdiction.  Further, neither this Settlement Agreement, the Settlement contemplated by it, nor any proceedings taken under it, will be construed or offered or received into evidence as an admission, concession or presumption that class certification is appropriate, except to the extent necessary to consummate this Settlement Agreement and the binding effect of the Final Order and Judgment.

**5.22    No Conflict Intended.**  Any inconsistency between this Settlement Agreement and the attached exhibits will be resolved in favor of this Settlement Agreement.

**5.23    List of Exhibits:**  The following exhibits are attached to this Settlement Agreement:

Exhibit A – Full Notice

Exhibit B – Preliminary Approval Order

Exhibit C – Summary Notice

**The Parties have agreed to the terms of this Settlement Agreement and have signed below**.

Dated: October 25, 2013

**PLAINTIFF CUSTOM LED, LLC**

______________________________

By:______________________________

Title:______________________________

On behalf of Custom LED, LLC.
Individually and in its Representative Capacity

Dated: October 25, 2013

**DEFENDANT EBAY INC.**

______________________________

By:______________________________

Title:______________________________

On behalf of eBay Inc.