1  KEITH R. VERGES (kverges@figdav.com)
   PARKER D. YOUNG (parker.young@figdav.com)
2  RAYMOND E. WALKER (ray.walker@figdav.com)
   FIGARI & DAVENPORT, L.L.P.
3  901 Main Street, Suite 3400
4  Dallas, Texas  75202
   Tel: (214) 939-2000
5  Fax: (214) 939-2090
6  (*Admitted Pro Hac Vice*)

7  SHAWN T. LEUTHOLD
   (leuthold@aol.com)
8  LAW OFFICE OF SHAWN T. LEUTHOLD
   1671 The Alameda #303
9  San Jose, California  95126
   Tel: (408) 924-0132
10 Fax: (408) 924-0134

11 ATTORNEYS FOR PLAINTIFF
   CUSTOM LED LLC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CUSTOM LED, LLC, | ) | CASE NO. 3:12-CV-00350 (JST) |
| Plaintiff, | ) | |
| v. | ) | **JOINT STIPULATION TO AMEND DEADLINE FOR FILING OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND [PROPOSED] ORDER** |
| EBAY INC., | ) | |
| Defendant. | ) | |
| | ) | Jury Trial Demanded |

This Stipulation to Amend Scheduling Order is entered into pursuant to Local Rules 6-2 and 7-12, by and between Plaintiff Custom LED, LLC ("Plaintiff") and Defendant eBay Inc. ("eBay") (collectively, the "Parties"), by and through the respective undersigned counsel.

WHEREAS, on November 20, 2012, the Court set a schedule providing for a motion for final approval of the parties' settlement agreement with a deadline of 145 days from the date the order was filed, which is on or about April 14, 2014;

JOINT STIPULATION TO AMEND DEADLINE FOR FILING
OF MOTION FOR FINAL APPROVAL AND [PROPOSED] ORDER   PAGE 1
CASE NO. 3:12-CV-00350 (JST)

1

WHEREAS, Plaintiff's counsel has been recently retained in two matters in which the clients have requested temporary restraining orders and preliminary injunction and Plaintiff's counsel's firm is moving office space temporarily in order to renovate their current space, all of which has been disruptive to completing the motion for final approval;

WHEREAS Plaintiff desires to give eBay an opportunity to review the motion to, among other things, eliminate the need for any significant response and for the preservation of any confidential information;

WHEREAS, the hearing on final approval of the parties' proposed settlement is set for June 18, 2014, which is more than the 35 days set out in Local Rule 7-2(a) in which a motion must be filed in advance of a hearing;

WHEREAS, the requested extension time will not delay the hearing on the motion for final approval;

WHEREAS, the deadlines the Parties seek to modify have not previously been modified;

WHEREAS, counsel have met and conferred and eBay is unopposed to this proposed extension of time;

NOW, THEREFORE, the parties agree to and request that the Court enter an order permitting the filing of the motion for final approval on April 22, 2014.

IT IS SO STIPULATED.

Dated: April 14, 2014.                    FIGARI & DAVENPORT, LLP

                                          /s/
                                          KEITH R. VERGES
                                          *Attorneys for Plaintiff*

Dated: April 14, 2014.                    COOLEY LLP

                                          /s/
                                          WHITTY SOMVICHIAN (194463)
                                          *Attorneys for Defendants*

JOINT STIPULATION TO AMEND DEADLINE FOR FILING
OF MOTION FOR FINAL APPROVAL AND [PROPOSED] ORDER                                      PAGE 2
CASE NO. 3:12-CV-00350 (JST)

2

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff may file the motion for final approval on or before April 22, 2014.

Dated:  April 15, 2014



_____
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO AMEND DEADLINE FOR FILING
OF MOTION FOR FINAL APPROVAL AND [PROPOSED] ORDER                                                       PAGE 3
CASE NO. 3:12-CV-00350 (JST)