James B. Hicks
250 East First Street, Suite 300
Los Angeles, CA 90012
Tel: (213) 972-8300
jhicks@hickslawusa.com

Class Member in Pro Per

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUSTOM LED, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EBAY, INC., et al., <br><br> Defendants. | Case No. 3:12-CV-00350 (JST) <br><br> **CLASS MEMBER JAMES B. HICKS' REQUEST FOR LEAVE TO APPEAR BY TELEPHONE AT THE HEARING ON HIS OBJECTIONS TO THE PROPOSED CLASS ACTION SETTLEMENT** <br><br> Fairness Hearing Date: June 18, 2014 <br> Time: 3:00 p.m. <br> Ctrm: 9 |

Class Member James B. Hicks has timely objected to the settlement, and requests leave to attend the hearing on his objections by telephone. Hicks is a stroke survivor and his doctors have advised him to minimize his flight activity to avoid the risk of a further and perhaps fatal stroke. Hicks understands that the Court generally does not allow parties to attend hearings by telephone, but other judges have allowed Hicks to do so in light of his medical condition, including the Hon. Thelton E. Henderson of this Judicial District. Hicks Decl. ¶2 (attached).

If the Court does not grant Hicks' request to attend the hearing by phone, Hicks respectfully elects to submit on the papers. eBay did not respond to Hicks' motion, but Class counsel did respond, and Hicks filed a responsive reply brief.

Dated: June 16, 2014.

By: /s/ James B. Hicks
James B. Hicks, Class Member in Pro Se

---

REQUEST FOR LEAVE TO APPEAR BY PHONE AT SETTLEMENT HEARING

1

## HICKS DECLARATION

I, James B. Hicks, declare as follows:

1. I am a member of the plaintiff class in this case as detailed below, and I make the following statements based on my personal knowledge. If called as a witness, I could and would testify competently to the same.

2. I objected to the settlement, and I request leave to attend the hearing on my objections by phone. I am a stroke survivor and my doctors have advised me to minimize my flight activity to avoid the risk of a further and perhaps fatal stroke. I understand the Court generally does not allow parties to attend hearings by phone, but other judges have allowed me to do so in light of my medical condition, including the Hon. Thelton E. Henderson of this Judicial District, in the case entitled *ING Bank, fsb v. Chang Seob Ahn*, N.D. Cal. Case No. CV 09-995 TEH.

3. If the Court does not grant my request to attend the hearing by phone, I respectfully elect to submit on the papers.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that this was executed at Los Angeles, California on June 16, 2014.

_____
James B. Hicks

## Certificate of Service

I, Penny Johnson, declare as follows:

On June 16, 2014, I served the attached document on all interested parties by e-filing the document. I understand that copies will be sent to all interested parties by the Court's e-filing system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate, and that this declaration was executed at Los Angeles, California on June 16, 2014.

*Penny Johnson*
Penny Johnson

4850-6986-9851, v. 1