James B. Hicks
250 East First Street, Suite 300
Los Angeles, CA 90012
Tel: (213) 972-8300
jhicks@hickslawusa.com

Class Member in Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUSTOM LED, LLC, | Case No. 3:12-CV-00350 (JST) |
| Plaintiff, | **CLASS MEMBER JIM HICKS' NOTICE OF SUBMISSION ON THE PAPERS ON HIS OBJECTIONS TO THE PROPOSED CLASS ACTION SETTLEMENT** |
| v. | |
| EBAY, INC., et al., | |
| Defendants. | Fairness Hearing Date: June 18, 2014<br>Time: 3:00 p.m.<br>Ctrm: 9 |

Class Member James B. Hicks objected to the settlement and sought leave to attend the hearing on his objections by telephone since he is a stroke survivor and his doctors have advised him to minimize his flight activity to avoid the risk of a further and perhaps fatal stroke. *See* Request for Leave to Attend by Phone at Settlement Hearing, dated June 16, 2014, at p. 1. The Court has denied Hicks' request to attend by phone. *See* Order dated June 16, 2014, at p. 1.

Pursuant to his prior papers, since the Court did not grant Hicks' request to attend the hearing by phone, Hicks respectfully elects to submit on the papers. eBay did not respond to Hicks' motion, but Class counsel did respond, and Hicks filed a responsive reply brief. *See* Request dated June 16, 2014, at p. 1.

Dated: June 16, 2014.

_____
James B. Hicks

## Certificate of Service

I, Penny Johnson, declare as follows:

On June 16, 2014, I served the attached document on all interested parties by e-filing the document. I understand that copies will be sent to all interested parties by the Court's e-filing system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate, and that this declaration was executed at Los Angeles, California on June 16, 2014.

*Penny Johnson*
Penny Johnson

4850-6986-9851, v. 1