FILED

DEC 19 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CUSTOM LED, LLC, | No. 14-16434 |
| Plaintiff - Appellee, | D.C. No. 3:12-cv-00350-JST |
| v. | Northern District of California, San Francisco |
| JAMES B. HICKS, | |
| Objector - Appellant, | ORDER |
| V. | |
| EBAY, INC.; et al., | |
| Defendants - Appellees. | |

The opening brief was due November 3, 2014. To date, no opening brief or motion for extension of time to file the brief has been filed. No. 14-16434 is therefore dismissed for lack of prosecution. Appellee Custom LED, LLC's motion to dismiss is denied as moot.

A copy of this order served today on the district court shall serve as and for the mandate of this court.

For the Court:
MOLLY C. DWYER
Clerk of the Court

Alihandra M. Totor
Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10

AmtVPro Mo 16Dec2014